IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT J. MAHAFFEY and TAMERA K MAHAFFEY, tenants by the entirety,

    Plaintiffs,

v.

US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TURMAN 2016 2C6 TITLE TRUST, et al.,

    Defendants.

Civ. No. 6:16-cv-1779-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (#22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (#22) is adopted. Defendants' motion to dismiss (#15) is GRANTED. This action is dismissed, with prejudice.

IT IS SO ORDERED.

    DATED this 17th day of May, 2017.

                                                 /s/ Michael J. McShane
                                                  Michael McShane
                                           United States District Judge

1 – ORDER